IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FIVE POINTS BANK,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **FEDERAL DEPOSIT INSURANCE** ) <br> **CORPORATION,** ) <br> ) <br> **Defendant.** ) | **7:09CV5009** <br><br> **ORDER** |

Upon notice of settlement given to the magistrate judge on February 17, 2011, by counsel for the plaintiff,

**IT IS ORDERED that:**

1. **On or before March 4, 2011**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Senior Judge Lyle E. Strom, at *strom@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The status reporting requirement is terminated upon the representation that this case is settled.

DATED this 17th day of February, 2011.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge